UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

WENDELYN D. GOODRICH,

Plaintiff,

-vs-                                         Case No. 6:08-cv-973-Orl-28DAB

COMMISSIONER OF SOCIAL
SECURITY,

Defendant.

---

# ORDER

Plaintiff seeks judicial review of a final decision of the Commissioner of the Social Security Administration ("Commissioner") denying her claim for Disability Insurance Benefits ("DIB") and Supplemental Security Income ("SSI") benefits under the Social Security Act. The United States Magistrate Judge has submitted a report recommending that the Commissioner's decision be reversed and remanded.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1.      That the Report and Recommendation filed July 9, 2009 (Doc. No. 16) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.      The Commissioner's decision is **REVERSED** and **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g).

3.     The Administrative Law Judge shall, on remand: 1) obtain the outstanding treatment records from Dr. Miles, Dr. Ahuja, and any other cardiologists, as well as any new medical records or RFC assessments from other treating physicians; 2) conduct a supplemental hearing with additional testimony from Plaintiff and, a cardiac medical expert and a vocational expert; and 3) reevaluate Plaintiff's pain complaints and non-exertional limitations and residual functional capacity based on the expanded record under the applicable rulings and regulations.

4.     The Clerk of the Court is directed to enter judgment consistent with this Order and to thereafter close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this _____ 1 4 _____ day of July, 2009.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party