# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**WENDELYN D. GOODRICH,**

    **Plaintiff,**

-vs-                                                Case No. 6:08-cv-973-Orl-28DAB

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

## ORDER

This case is before the Court on Plaintiff's Unopposed Motion for Attorney's Fees (Doc. No. 21) filed September 29, 2009. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed September 30, 2009 (Doc. No. 23) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Plaintiff's Unopposed Motion for Attorney's Fees (Doc. No. 21) is **GRANTED**.

    3.    Plaintiff is awarded $4,870.95 in attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). The Commissioner shall pay this amount directly to Plaintiff's counsel.

DONE and ORDERED in Chambers, Orlando, Florida this 26 day of October, 2009.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party